# United States Bankruptcy Court
# Central District Of California

| In re: | CHAPTER NO.: 11 |
|---|---|
| Summer View Sherman Oaks, LLC, a Delaware limited liability company aka Summer View Sherman Oaks Apartments, LLC | CASE NO.: 1:11-bk-19800-AA |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Bankruptcy Rule 1015-2
☒ Summary of Schedules (Official Form B6). [Court Manual, section 2-1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2-1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2-1]
☒ Venue Disclosure Form (For Corporation and Partnership Filing a Chapter 11). [Court Manual, section 2-1]
☒ Corporate Ownership Statement as specified by Local Bankruptcy Rule 1007-4

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash-flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2-1(a)(7).

        Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

      21041 Burbank Blvd, Woodland Hills, CA 91367-6603

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: August 15, 2011

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Shelley Laforte**
    **Deputy Clerk**

mccdn – Revised 12/2009                                                                **7 – 1 / SLG**