| In re: | | |
|---|---|---|
| Summer View Sherman Oaks, LLC | | CHAPTER: 11 |
| Debtor(s) and Debtor-in-Possession. | | CASE NUMBER: 1:11-bk-19800-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 555 West 5th Street, Floor 31, Los Angeles, CA 90013.

A true and correct copy of the foregoing document described _____ **EMERGENCY MOTION FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE SCHEDULES, STATEMENT OF AFFAIRS, AND LIST OF EQUITY SECURITY HOLDERS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT THEREOF** _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on

Margaux Ross                                   margaux.ross@usdoj.gov
United States Trustee (SV)              ustpregion16.wh.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) **On August 26, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on

The Honorable Alan M. Ahart
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_August 26, 2011_          _Jennifer Min_          _/s/ Jennifer Min_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1

| In re: | |
|---|---|
| Summer View Sherman Oaks, LLC | CHAPTER: 11 |
| Debtor(s) and Debtor-in-Possession | CASE NUMBER: 1:11-bk-19800-AA |

## ADDITIONAL SERVICE INFORMATION

**Served by U.S. Mail**

**Debtor**
Summer View Sherman Oaks, LLC
15353 Weddington Avenue
Sherman Oaks, CA 91411

Office of The United States Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

Alan D. Smith
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

Phil Wang
Phillipe Toudic
Duane Morris LLP
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 93105-1127

Mark Birnbaum, Esq.
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279

County of Los Angeles
Treasurer & Tax Collector PO Box 54027
Los Angeles, CA 90054-0027

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: | |
|---|---|
| Summer View Sherman Oaks, LLC | CHAPTER: 11 |
| Debtor(s) and Debtor-in-Possession | CASE NUMBER: 1:11-bk-19800-AA |

Carol R. Hamilton
317 So. Brand Blvd.
Glendale, CA 91204

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

LA County Tax Collector
PO Box 54088
Los Angeles, CA 90054

LA County Tax Collector
Bankruptcy Unit
2615 South Grand
Los Angeles, CA 90807

Los Angeles City Clerk
PO Box 53200
Los Angeles, CA 90807

Gabriel Liao
Perkins Coie, LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067

Leo G. O'Biecunas Jr. and Thomas Zide
Zide & O'Biecunas LLP
14545 Victory Bl 404
Van Nuys, CA 91411

Sonia Sobol
921 N. Ogden Drive #6
West Hollywood, CA 90046

Sam Stern
CWCapital Asset Management LLC
7501 Wisconsin Avenue, Suite 500 West
Bethesda, MD 20814


Robert J. Stoll, Jr.
Stoll, Nussbaum & Polakov
11601 Wilshire Boulevard, Suite 200
Los Angeles, CA 90025-1738

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1