Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Jeffrey S. Goodfried, CSBA 253804
JGoodfried@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for U.S. Bank National Association,
as Trustee for the Registered Holders of
Wachovia Bank Commercial Mortgage Trust,
Commercial Mortgage Pass-Through
Certificates, Series 2004-C14

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re Summer View Sherman Oaks, LLC,<br><br>            Debtor. | CASE NO. 1:11-BK-19800-AA<br><br>Chapter Number: 11<br><br>**DECLARATION OF JEFFREY S. GOODFRIED IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION, ETC.'S MOTION FOR 11 U.S.C. § 543 (d)(1) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY RELIEF FROM AUTOMATIC STAY)**<br><br>[Filed concurrently with Motion for 11 U.S.C. § 543(d)(1) Relief from Turnover of Property; Declaration of Andrew Hundertmark; Memorandum of Points and Authorities in Support Thereof]<br><br>Date:     September 28, 2011<br>Time     10:00 a.m.<br>:Place:    Courtroom 303<br>              21041 Burbank Blvd.<br>              Woodland Hills, California<br><br>Before the Hon. Alan M. Ahart |

60642-0445.0001/LEGAL21636508.1

I, Jeffrey S. Goodfried, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts of the State of California and this Court. I am an associate at Perkins Coie LLP, counsel for secured creditor U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2004-C14 ("U.S. Bank" or "Lender") in the above-referenced matter. Except as otherwise stated herein, if called upon to testify to the truth of the matters asserted in this declaration, I could and would be able to do so of my own personal knowledge.

2. Perkins Coie LLP has acted as counsel for U.S. Bank in the instant matter as well as the state court receivership action against debtor Summer View Sherman Oaks, LLC (the "Debtor"), which is at issue in the Motion for 11 U.S.C. § 543(d)(1) Relief from Turnover of Property (the "Motion").

3. On or about April 28, 2011, the Superior Court of California, County of Los Angeles, appointed on an *ex parte* basis (the "*Ex Parte* Order") Clyde Holland of Holland Residential (the "Receiver") to take possession of the certain real property located in Los Angeles County at 15353 Weddington Street, Sherman Oaks, California 91411 (the "Property").

4. On or about May 24, 2011, after timely notice and opportunity to be heard, the Superior Court of California entered an Order confirming the appointment of the Receiver (the "Receiver Order").

5. Pursuant to the *Ex Parte* Order and Receivership Order, my office has received monthly reports by the Receiver regarding the Property. The monthly reports for May, June and July 2011 are attached hereto, respectively, as Exhibits R [May Report], S [June Report], and T [July Report].

6. Attached hereto as Exhibit U is a true and correct copy of the Declaration of Clyde Holland filed in the state court action by Lender in support of the *ex parte* appointment of receiver.

-2-

60642-0445.0001/LEGAL21636508.1

7. Attached hereto as <u>Exhibit V</u> is a true and correct copy of the pertinent pages of the Receiver's financial reports submitted concurrently with the June Report.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of August 2011, at Los Angeles, California.

_____
Jeffrey S. Goodfried