| In re Summer View Sherman Oaks, LLC, | CASE NO. 1:11-BK-19800-AA |
|---|---|
| Debtor. | Chapter Number: 11 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Perkins Coie LLP, 1201 Third Ave, Ste 4800, Seattle, WA 98101-3099

True and correct copies of the foregoing documents described as

- *MOTION FOR 11 U.S.C. § S43(d)(1) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY FOR RELIEF FROM AUTOMATIC STAY)*
- *MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION, ETC.'S MOTION FOR 11 U.S.C. § 543 (d)(1) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY RELIEF FROM AUTOMATIC STAY)*
- *DECLARATION OF ANDREW HUNDERTMARK IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION, ETC. 'S MOTION FOR 11 U.S.C. § 543 (d)(I) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY RELIEF FROM THE AUTOMATIC STAY)*
- *DECLARATION OF JEFFREY S. GOODFRIED IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION, ETC.'S MOTION FOR 11 U.S.C. § 543 (d)(I) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY RELIEF FROM AUTOMATIC STAY)*
- *NOTICE OF MOTION FOR 11 U.S.C. § S43(d)(1) RELIEF FROM TURNOVER OF PROPERTY (AND TO THE EXTENT NECESSARY FOR RELIEF FROM AUTOMATIC STAY)*

will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed,*** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ***August 29, 2011,*** I caused to be served the following persons and entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| LA Commercial Group, Inc.<br>317 S. Barnd Blvd.<br>Glendale, CA 91204 | HD Supply Facilities Maintanance Ltd.<br>P.O. Box 509055<br>San Diego, CA 92150 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
99999-3883/LEGAL21638850.1
8/29/11

**F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Jannie Harrison<br>15353 Weddington<br>Sherman Oaks, CA 91411 | Summer View Sherman Oaks, LLC<br>c/o Terry D Shaylin<br>555 W. 5th St Ste 3100<br>Los Angeles, CA 90013 |
| United States Trustee<br>c/o S Margaux Ross<br>Woodland Hills, CA 91367<br>21051 Warner Ctr Ln Ste 115<br>Woodland Hills, CA 91367 | |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_Fill in Date Document is Filed,_** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 29, 2011 | Mary Lou Maag | _Mary Lou Maag_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
99999-3883/LEGAL21638850.1
8/29/11

**F 9013-3.1.PROOF.SERVICE**