1   Alan D. Smith, CSBA 89112
    ADSmith@perkinscoie.com
2   Jeffrey S. Goodfried, CSBA 253804
    JGoodfried@perkinscoie.com
3   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
4   Los Angeles, CA 90067
    Telephone: 310.788.9900
5   Facsimile: 310.788.3399

6   Attorneys for U.S. Bank National Association,
    as Trustee for the Registered Holders of
7   Wachovia Bank Commercial Mortgage Trust,
    Commercial Mortgage Pass-Through
8   Certificates, Series 2004-C14

9
                    UNITED STATES BANKRUPTCY COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11
                    SAN FERNANDO VALLEY DIVISION
12

13

14   In re Summer View Sherman Oaks,        CASE NO. 1:11-BK-19800-AA
     LLC,
15                                           Chapter Number: 11

16                  Debtor.                  **SUPPLEMENTAL PROOF OF
                                             SERVICE**
17
                                             Date:      September 28, 2011
18                                           Time:      10:00 a.m.
                                             Place:     Courtroom 303
19                                                      21041 Burbank Blvd.
                                                        Woodland Hills, California
20
                                             Before the Hon. Alan M. Ahart
21

22

23

24

25

26

27

28

60642-0445.0001/LEGAL21732611.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1888 Century Park East, Suite 1700
Los Angeles, CA 90067 P

True and correct copies of the foregoing documents described as

**OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED RECEIVER TO TURN OVER THE PROPERTY OF THE DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE UNITED STATES BANKRUPTCY CODE**

**EVIDENTIARY OBJECTION TO, AND MOTION TO STRIKE, PORTIONS OF DECLARATION OF TERRY D. SHAYLIN, ESQ., IN SUPPORT OF MOTION FOR AN ORDER TO COMPEL THE STATE COURT APPOINTED RECEIVER TO TURN OVER THE PROPERTY OF THE DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE UNITED STATES BANKRUPTCY CODE**

will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **September 15, 2011,** I caused to be served the following persons and entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
     and correct.

2

3    September 15, 2011         Caroline Mallahi              /s/ Caroline Mallahi
     Date                       Type Name                    Signature

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ATTACHED SERVICE LIST

**Debtor:**
Summer View Sherman Oaks, LLC,
a Delaware limited liability company
921 N. Ogden Drive #6
W. Hollywood, CA 90046

## 20 Largest Unsecured Creditors

Attorney for L.A. Commercial Group, Inc.
Carol R. Hamilton, Esq.
317 S. Brand Blvd.
Glendale, CA 91204

Attorney for HD Supply Facilities Maintenance Ltd.
Leo G. O'Biecunas Jr., Esq.
Zide & O'Biecunas LLP
14545 Victory Blvd., #404
Van Nuys, CA 91411

Attorney for Robert J. Stoll, Jr.
Stoll, Nussbaum & Polakov
11601 Wilshire Blvd., Suite 200
Los Angeles, CA 90025