TERRY D. SHAYLIN (Bar No. 242094)
**KARASIK LAW GROUP, LLP**
555 West 5th Street, Floor 31
Los Angeles, CA 90013
Telephone (213) 623-9200
Facsimile (213) 623-9323

(Proposed) Attorneys for Summer View Sherman Oaks, LLC, Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No: 1:11-bk-19800-AA |
| **SUMMER VIEW SHERMAN OAKS, LLC.,** a Delaware limited liability company, | Chapter 11 |
| Debtor and Debtor-in-Possession | **DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT OF DEBTOR'S REPLY TO U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED RECEIVER TO TURN OVER THE PROPERTY OF DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE UNITED STATES BANKRUPTCY CODE** |
| | Date: September 28, 2011 Time 10:00 a.m. Courtroom: 303 21041 Burbank Blvd. Woodland Hills, CA 91367 |
| | Before the Hon. Alan M. Ahart |

I, Terry D. Shaylin, declare as follows:

1.     I am an attorney duly admitted to practice law before this Court. I am a partner in the law firm of Karasik Law Group, LLP, proposed counsel of Summer View Sherman Oaks, LLC (the **"Debtor"**).  I have personal knowledge of the facts as set forth herein; as to those facts

1

1  declared upon information and believe, I believe them to be true, and if called upon to testify,

2  could and would competently do so.

3      2.    On June 14, 2011, Receiver Clyde Holland (the **"Receiver"**) filed with the Los

4  Angeles Superior Court the Receiver's Inventory and Monthly Report for May 2011.  The Report

5  contained the Summer View Sherman Oaks Inventory list attached as Exhibit "A" and the

6  Summer View Property Narrative attached as Exhibit "B."  A true and correct copy of the May

7  2011 Receiver's Report is attached as **Exhibit "A"** to this Declaration.

8      3.    On August 19, 2011, the Receiver's counsel, Phillip Toudic, sent me an email with

9  an attachment containing the Summer View Sherman Oaks Inventory List in Excel format.  A

10 true and correct copy of the Mr. Toudic's email with the inventory list is attached as **Exhibit "B"**

11 to this Declaration.

12     4.    On September 8, 2011, and later on September 9, 2011, I personally visited the

13 Debtor's property located at 15353 Weddington Street, Sherman Oaks, CA 91411 (the

14 **"Property"**). During my visits, I observed two computer monitors and computer workstations in

15 the management office.

16     5.    Upon reviewing the Summer View Sherman Oaks Inventory List provided by the

17 Receiver, first on June 14, 2011 and subsequently on August 19, 2011, I did not find any

18 computers or monitors on the inventory list.

19     6.    On September 16, 2011, I asked Ms. Mercer of Holland Residential whether

20 Holland Residential had its own computers on-site at the Property. Ms. Mercer's response was

21 negative.

22     7.    On September 19, 2011, I again visited the Property and checked the monitors and

23 the computers. There were two Dell computers and two Dell Monitors in the management office

24 belonging to the Debtor which were not included in the two inventory lists provided by the

25 Receiver.

26     8.    On August 20, 2011, I obtained from Mashcole Property Management

27 (**"Mashcole"**), the management company replaced by the Receiver's management company

2

28     **DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT OF DEBTOR'S REPLY TO U.S. BANK NATIONAL
ASSOCIATION'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED
RECEIVER TO TURN OVER THE PROPERTY OF DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE
UNITED STATES BANKRUPTCY CODE**

1  Holland Residential, a copy of Mashcole's bank account statement for the Debtor.  A true and

2  correct copy of the bank account statement is attached as **Exhibit "C"** to this Declaration.

3       9.     The bank account statement shows that from May 1, 2011 to May 20, 2011, the

4  period of time when the Property was under the receivership of Mr. Holland, Mashcole withdrew

5  from the bank account funds in the total amount of $53,680.52 prior to delivering to the Receiver

6  $185,250.75.

7       10.    Upon further inquiries to Mashcole, I learned that $18,649 out of $53,680.52 of

8  the Debtor's funds are held by Maschcole in Maschole's bank account.  A true and correct copy

9  of the Mashcole Property Management Account for Summer View held funds is attached as

10  **Exhibit "D"** to this Declaration.

11      11.    The Debtor was not aware that any of its funds was held by Mashcole after the

12  April 28, 2011 State Court Order appointing the Receiver, or the fact that after the Receiver was

13  appointed over the Property, Maschcole continued to withdraw the Debtor's money from the

14  management company bank account.

15      12.    At no time did the Receiver report to the State Court or to this Court about the

16  Debtor's $18,649 funds held by Maschole and about post-receivership withdrawals of the

17  Debtor's funds by Maschcole.

18      13.    On September 16, 2011, Ms. Mercer of Holland Residential promised me that I

19  would be provided with the August 2011 financials for the Property by email on September 19,

20  2011.

21      14.    On September 19, 2011, Ms. Shelley Kimbrell of Holland Residential promised to

22  forward to me the August 2011 financials for the Property later on September 19, 2011. True and

23  correct copies of Ms. Mercer and Ms. Shelley's emails are attached as **Exhibit "E"** to this

24  Declaration.

25      15.    To date, I have not received Holland Residential's August 2011 financials for the

26  Property.

27

28
**DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT OF DEBTOR'S REPLY TO U.S. BANK NATIONAL
ASSOCIATION'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED
RECEIVER TO TURN OVER THE PROPERTY OF DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE
UNITED STATES BANKRUPTCY CODE**

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.

3    Executed this September 21, 2011, at Los Angeles, California.

4

5    By:    _____/s/ Terry Shaylin_____
     Terry D. Shaylin, the Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT OF DEBTOR'S REPLY TO U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED RECEIVER TO TURN OVER THE PROPERTY OF DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE UNITED STATES BANKRUPTCY CODE**

# EXHIBIT "A"

1  CLYDE HOLLAND
   HOLLAND RESIDENTIAL
2  1111 Main Street, Suite 520
   Vancouver, WA 98660
3  Telephone: +1 360.694.7888
   Facsimile: +1 360.905.0153

4

5

6  Court-appointed Reciever

7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                FOR THE COUNTY OF LOS ANGELES

11 U.S. BANK NATIONAL ASSOCIATION, as          Case No. BC460131
   Trustee, as successor-in-interest to Bank of America,
12 N.A., as Trustee, as successor-in-interest to LaSalle    **RECEIVER'S INVENTORY AND**
   Bank, National Association, as Trustee, for the       **MONTHLY REPORT FOR MAY 2011**
13 registered holders of Wachovia Bank Commercial
   Mortgage Trust, Commercial Mortgage Pass-
14 Through Certificates, Series 2004-C14,

15            Plaintiff,

16      v.

17 SUMMER VIEW SHERMAN OAKS, LLC, a
   Delaware limited liability company; and DOES 1-
18 50, inclusive,

19            Defendants.

20

21      The Court-appointed receiver in this matter, Clyde Holland ("Receiver"), pursuant to the *Ex*

22 *Parte* Order Appointing Receiver, entered on April 28, 2011 and the Order Confirming Appointment

23 of Receiver, entered on May 24, 2011, hereby submits his Inventory and Monthly Report for the real

24 property at issue in this matter, located at 15353 Weddington Street, Sherman Oaks, California

25 91411.  A true and correct copy of the Receiver's inventory is attached hereto as **Exhibit A**.  A true

26 and correct copy of the Receiver's Monthly Report for May 2011 is attached hereto as **Exhibit B**.

27

28

RECEIVER'S INVENTORY AND MONTHLY REPORT FOR MAY 2011

Dated: June 14, 2011

Clyde Holland
Court-appointed Receiver

RECEIVER'S INVENTORY AND MONTHLY REPORT FOR MAY 2011

# EXHIBIT A

**Summer View @ Sherman Oaks - Inventory List**

| Quantity of Item | Area Inventoried |
|---|---|
| # | **Exercise Room** |
| 1 | Elliptical (Precor EFX546) |
| 1 | Mounted TV (Zenith) |
| 1 | wall clock |
| 1 | Upright bike (Life Fitness 9500HR) |
| 2 | Recumbent bikes (Life Fitness 9500HR) |
| 1 | Punching bag and stand |
| 1 | Weight/Press Station; |
| | Fly station |
| | Leg Extension station |
| | Pressing station |
| | |
| # | **Back Office** |
| 2 | desk chairs |
| 1 | large Wooden Table |
| 1 | small table |
| 1 | fire extinguisher |
| 1 | fridge |
| 1 | microwave |
| 1 | metal black office supply cabinet |
| 1 | helium tank |
| 1 | first aid kit |
| 1 | metal key box |
| | |
| # | **Model** |
| 0 | No Model |
| | |
| # | **Business Center Computer Room** |
| 0 | No business Center |
| | |
| # | **Leasing Office** |
| 1 | round glass table |
| 3 | brown sitting chairs |
| 2 | end tables |
| 1 | table lamp |
| 1 | three light reading lamp |
| 1 | small grey clay vase |
| 1 | large pink and white glass vase |
| 1 | large green glass vase |
| 4 | fake trees |
| 2 | small guitar figures |
| 2 | pillows |
| 3 | bar stools |

| | | |
|---|---:|---|
| | 7 | art pictures |
| | 1 | coffee maker |
| | 4 | chairs |
| | 2 | desk chairs |
| | 1 | large black metal wall hanging plate |
| | 2 | fashion desk lamps |
| | 2 | printer |
| | 2 | large cement flower pots holding live trees outside entrance |
| | 1 | wooden black vase with fake flowers |
| | 4 | black metal file cabinets - 2 drawer |
| | 1 | clay pot with fake flowers |
| | 2 | L shaped desks |
| # | | **Clubhouse** |
| | 0 | No Clubhouse |
| | | Note: However there was a billiard room that has been converted into a storage room for broken appliances and mirrors and items left from past move outs. |
| | | |
| # | | **Tennis Court** |
| | 1 | net |
| | | |
| # | | **Basket Ball Court** |
| | 1 | basket ball hoop |
| | | |
| # | | **Pool & Spa** |
| | 6 | lounge chairs |
| | 20 | chairs |
| | 3 | large round tables |
| | 8 | small end tables |
| | 2 | built in BBQ's |
| | 2 | large flower pots |
| | 2 | ashtrays |
| | 1 | round picnic table |
| | 4 | red umbrellas |
| | | |
| # | | **Maintenance Shop** |
| | 1 | key machines |
| | 8 | metal storage shelf |
| | 1 | blowers |
| | 2 | radios |
| | 1 | housekeeping kart |
| | 1 | vacuum |
| | 2 | ladders |
| | 1 | key service kit |
| | 1 | weal barrel |

| 1 | water extractor |

# EXHIBIT B

## Summer View Property Narrative

**Operation of the Subject Property.** On April 28th, 2011, the Receiver received a copy of the "Ex Parte Order Appointing Receiver and Order to Show Cause and Temporary Restraining Order – Rents, Issues and Profits"," dated April 28[th], 2011 (the "Order"). The Subject Property consists of a residential apartment building with 169 units. Pursuant to the Order, the Receiver took possession of the Subject Property on or about May 4[th], 2011, and thereafter has been managing the Subject Property and has filed an inventory, reviewed existing insurance coverage, arranged for the insurance policies to name additional insured parties as provided in the Order, and arranged for turnover from Mashcole Property Management of certain financial information and funds, as set forth in the accompanying financial statement.

**Fees and Expenses.** As permitted by section 15 of the Order, the accompanying financial statements include a statement of account setting forth the payments that the Receiver intends to make on account of the following; legal fees totaling $2,486.50, management fees totaling $5,000, receivership fees totaling $1,000 and Site Payroll totaling $7,329.47. Pursuant to California Rules of Court Rule 3,1183, and section b(1) of the Order, any objection must be made within ten (20) days after this notice, and shall be made on a line item basis with a statement of the reason for such objection, or shall be waived.

**Financial summary.** (As shown on the accompanying financial statement of income for the month of May, 2011) Financials were extremely limited due to May 4th possession change of property.

| | | | |
|---|---|---|---|
| | **POTENTIAL RENT** | | |
| 4100-1000 | Gross Potential Rent | 137,046.00 | |
| 4100-2000 | Gain/Loss to Lease | -29,091.69 | |
| | **POTENTIAL RENT** | **107,954.31** | |
| | | | |
| 4130-0000 | Delinquency | -27,132.41 | Some delinquency disputed as paid to prior management; requested documentation |
| 4135-0000 | Past Due Collected | 9,016.58 | Collected by residents for prior period (April rents late) |
| 4140-0000 | Vacancy | -27,657.65 | Property transitioned at 82.5% occupancy. |
| 4170-0000 | Promotions | -10,836.01 | Pre-committed monthly recurring concessions |
| | **TOTAL RENTAL INCOME** | **51,344.82** | |
| | **NET RENTAL INCOME** | **51,344.82** | |
| | | | |
| | **OTHER INCOME** | | |
| 4202-0000 | NSF Fees | 25.00 | |
| 4203-0000 | Late Fees | 71.84 | |

| | | | |
|---|---|---|---|
| 4203-1000 | Storage Income | 49.66 | |
| 4210-0000 | Other Income | 8.00 | |
| 4213-0000 | Pet Fees | 218.92 | |
| 4214-0000 | Laundry Income | 1,282.50 | |
| 4223-0000 | Damages/Cleaning | -30.00 | |
| 4231-3000 | Utility Reimbursements | 5,349.87 | APEX Utility reimbursement |
| 4235-0000 | Applicant Screening | 252.00 | |
| | **TOTAL OTHER INCOME** | **7,227.79** | |
| | **NET OTHER INCOME** | 7,227.79 | |
| | | | |
| | **TOTAL OPERATING INCOME** | **58,572.61** | |

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California, I am over the age of 18 and not a party to the within action; my business address is One Market Plaza, Spear Tower, Suite 2200, San Francisco, California 94105-1127.

On June 15, 2011, I served the foregoing document(s) described as: **RECEIVER'S INVENTORY AND MONTHLY REPORT FOR MAY 2011** on the interested parties in this action, at the addresses listed below, as follows:

| | |
|---|---|
| Mark E. Birnbaum, Esq.<br>Gabriel Liao, Esq.<br>Vilma R. Palma-Solana, Esq.<br>Perkins Coie LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>Tel.: (310) 788-9900<br>Fax: (310) 788-3399 | *Attorneys for Plaintiff U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2004-C14* |
| Olga A. Karasik, Esq.<br>Karasik Law Group, LLP<br>555 West Fifth Street<br>31st Floor<br>Los Angeles, CA 90013<br>Tel.: (213) 623-9200<br>Fax: (213) 623-9323 | *Attorneys for Defendant Summer View Sherman Oaks, LLC, a Delaware limited liability company* |

(X)   <u>For Collection</u>.   By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on that date following ordinary business practices. I am "readily familiar" with the business' practice for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

( )   <u>Via Facsimile</u>.   By transmitting a true copy(ies) thereof to each of the designated counsel on the service list to their facsimile numbers as listed below.

( )   <u>Personal Delivery</u>.   I caused to be served by messenger for personal delivery that same day the foregoing documents in a sealed envelope to the above persons at the address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 15, 2011 at Los Angeles, California.

Joan Nazzal

# EXHIBIT "B"

## Terry D. Shaylin

| | |
|---|---|
| **From:** | Toudic, Philippe A. <PAToudic@duanemorris.com> |
| **Sent:** | Friday, August 19, 2011 11:00 AM |
| **To:** | Terry D. Shaylin |
| **Cc:** | Wang, Phillip K.; Clyde Holland; Robbie Dodd; Maija Mercer |
| **Subject:** | Summer View - Property Report and Inventory |
| **Attachments:** | Summer View - June Narrative.PDF; Summer View - July 2011 Invoice.PDF; Summer View Inventory List 5-2011.xls.XLS |

Mr. Shaylin,

As an initial response to your request, please find attached the most recent property report and an inventory prepared by the receiver.

Phil Toudic


**Philippe A. Toudic**
Special Counsel

**Duane Morris LLP**
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
P: 415.957.3211
F: 415.957.3001

patoudic@duanemorris.com
www.duanemorris.com


For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Summer View @ Sherman Oaks - Inventory List**

| Quantity of Item | Area Inventoried |
|---|---|
| # | **Exercise Room** |
| 1 | Elliptical (Precor EFX546) |
| 1 | Mounted TV (Zenith) |
| 1 | wall clock |
| 1 | Upright bike (Life Fitness 9500HR) |
| 2 | Recumbent bikes (Life Fitness 9500HR) |
| 1 | Punching bag and stand |
| 1 | Weight/Press Station; |
|  | Fly station |
|  | Leg Extension station |
|  | Pressing station |
|  |  |
| # | **Back Office** |
| 2 | desk chairs |
| 1 | large Wooden Table |
| 1 | small table |
| 1 | fire extinguisher |
| 1 | fridge |
| 1 | microwave |
| 1 | metal black office supply cabinet |
| 1 | helium tank |
| 1 | first aid kit |
| 1 | metal key box |
|  |  |
| # | **Model** |
| 0 | No Model |
|  |  |
| # | **Business Center Computer Room** |
| 0 | No business Center |
|  |  |
| # | **Leasing Office** |
| 1 | round glass table |
| 3 | brown sitting chairs |
| 2 | end tables |
| 1 | table lamp |
| 1 | three light reading lamp |
| 1 | small grey clay vase |
| 1 | large pink and white glass vase |
| 1 | large green glass vase |
| 4 | fake trees |
| 2 | small guitar figures |
| 2 | pillows |
| 3 | bar stools |

| | | |
|---|---:|---|
| | 7 | art pictures |
| | 1 | coffee maker |
| | 4 | chairs |
| | 2 | desk chairs |
| | 1 | large black metal wall hanging plate |
| | 2 | fashion desk lamps |
| | 2 | printer |
| | 2 | large cement flower pots holding live trees outside entrance |
| | 1 | wooden black vase with fake flowers |
| | 4 | black metal file cabinets - 2 drawer |
| | 1 | clay pot with fake flowers |
| | 2 | L shaped desks |
| # | | **Clubhouse** |
| | 0 | No Clubhouse |
| | | Note: However there was a billiard room that has been converted into a storage room for broken appliances and mirrors and items left from past move outs. |
| | | |
| # | | **Tennis Court** |
| | 1 | net |
| | | |
| # | | **Basket Ball Court** |
| | 1 | basket ball hoop |
| | | |
| # | | **Pool & Spa** |
| | 6 | lounge chairs |
| | 20 | chairs |
| | 3 | large round tables |
| | 8 | small end tables |
| | 2 | built in BBQ's |
| | 2 | large flower pots |
| | 2 | ashtrays |
| | 1 | round picnic table |
| | 4 | red umbrellas |
| | | |
| # | | **Maintenance Shop** |
| | 1 | key machines |
| | 8 | metal storage shelf |
| | 1 | blowers |
| | 2 | radios |
| | 1 | housekeeping kart |
| | 1 | vacuum |
| | 2 | ladders |
| | 1 | key service kit |
| | 1 | weal barrel |
| | 1 | water extractor |

# EXHIBIT "C"

# Your Bank of America Business Checking Statement

2982 PFP
E0-2

**Statement Period:**
**April 30 through May 25, 2011**

**Account Number: 29828-41510**

**At Your Service**
Call: 818.994.8200

SUMMER VIEW SHERMAN OAKS APARTMENTS
4767 PARK GRANADA # 200
CALABASAS   CA   91302

**Written Inquiries**
Bank of America
02982-Calabasas Banking
PO Box 37176
Calabasas, CA 91302

Our Online Banking service allows you to check balances, track account activity and more. **With Online Banking you can also view up to 18 months of this statement online.** Enroll at www.bankofamerica.com/smallbusiness.

## ☐ Summary of Your Business Checking Account

| | | | |
|---|---|---|---|
| Beginning Balance on 04/30/11 | $161,564.78 | Number of checks paid | 23 |
| Total Deposits and Other Credits | + 82,341.37 | Number of electronic checks paid | 0 |
| Total Checks, Withdrawals, Transfers, Account Fees | - 243,906.15 | Number of 24 Hour Customer Service Calls Self-Service | 0 |
| | | Assisted | 0 |
| *Ending Balance* | $0.00 | | |

## ☐ Important Information About Your Account

Your account has been closed.

Use your Bank of America Small Business Check Card to avoid the monthly maintenance fee on your business checking account. Contact a Bank of America associate to learn more.

Help avoid Overdraft & NSF: Returned Item fees. Use Alerts to get messages by email or text to inform you when your balance is low. Use Overdraft Protection to transfer available funds from linked savings, credit card, or credit line to your checking account to help cover items that would overdraw your account. Call us for details.

## ☐ Deposits

| Number | Date Posted | Amount | | Number | Date Posted | Amount |
|---|---|---|---|---|---|---|
| | 05/02 | $ 4,436.69 | | | 05/03 | 35,048.63 |
| | 05/02 | 21,384.50 | | **Total of 4 deposits** | | **$82,120.46** |
| | 05/03 | 21,250.64 | | | | |

## ☐ Checks Paid           * Gap in sequential check numbers.

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|---|---|---|---|---|---|---|
| 05/05 | 512 | $ 1,160.00 | | 05/05 | 517 | 859.95 |
| 05/03 | 513 | 859.95 | | 05/03 | 518 | 588.00 |
| 05/05 | 514 | 94.05 | | 05/09 | 519 | 350.00 |
| 05/02 | 515 | 9,425.73 | | 05/03 | 520 | 10,927.09 |
| 05/05 | 516 | 327.65 | | 05/11 | * 522 | 200.00 |

Continued on next page

California

Page 1 of 2

Statement Period: April 30 through May 25, 2011
Account Number: 29828-41510

## ☐ Checks Paid Continued     * Gap in sequential check numbers.

| Date Paid | Number | Amount | | Date Paid | Number | Amount |
|---|---|---|---|---|---|---|
| 05/09 | 523 | 150.00 | | 05/09 | 530 | 37.44 |
| 05/04 | 524 | 400.00 | | 05/09 | 531 | 379.99 |
| 05/09 | 525 | 25.75 | | 05/09 | 532 | 2,325.00 |
| 05/05 | 526 | 150.00 | | 05/09 | 533 | 4,333.74 |
| 05/09 | 527 | 150.00 | | 05/10 | 534 | 18,649.00 |
| 05/18 | 528 | 1,590.00 | | 05/20 | 535 | 185,250.75 |
| 05/09 | 529 | 697.18 | | **Total of 23 Checks Paid** | | **$238,931.27** |

## ☐ Account Activity

| Date Posted | Description | Reference Number | Amount |
|---|---|---|---|
| | **Other Deposits and Credits** | | |
| 05/25 | CA Tlr transfer Banking Ctr Calabasas          #0002982 CA   *mgt fee ref.* Confirmation# 6535306460 | | $220.91 |
| | **Withdrawals, Transfers and Account Fees** | | |
| 05/03 | Return Item Chargeback | | $1,020.92 |
| 05/03 | Returned Item Chargeback Fee | | 12.00 |
| 05/04 | Return Item Chargeback | | 1,052.96 |
| 05/04 | Blue Shield CA   DES:Prem Pymnt ID:4373514 INDN:Mashcole Property Mana  Co ID:6940360524 WEB Ref:011124001410028 | | 2,842.00 |
| 05/04 | Returned Item Chargeback Fee | | 12.00 |
| 05/23 | Overdraft Item Fee | | 35.00 |
| | *Total Withdrawals, Transfers and Account Fees* | | *$4,974.88* |

## ☐ Total Overdraft Fees and NSF: Returned Item Fees

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total NSF: Returned Item Fees | $0.00 | $0.00 |

## ☐ Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/02 | $ 177,960.24 | 05/09 | 205,503.84 | 05/20 | - 185.91 |
| 05/03 | 220,851.55 | 05/10 | 186,854.84 | 05/23 | - 220.91 |
| 05/04 | 216,544.59 | 05/11 | 186,654.84 | 05/25 | .00 |
| 05/05 | 213,952.94 | 05/18 | 185,064.84 | | |

California                                                                 Page 2 of 2

# EXHIBIT "D"

Wells Fargo Account Summary

**Wells Fargo Business Online®**

Last Sign On: September 21, 2011

## Account Summary

Business and Personal Accounts

### Cash Accounts

| Account | Available Balance | Related Activities |
|---|---|---|
| MASHCOLE PROPERTY MANAGEMENT INC Accounts | | |
| ████████7 | ████████ | Open Business Savings |
| ████████3 | ████████ | Pay Your Bills Now <br> Learn about Next Day Payments |
| ████████████ | ████████ | View Spending Report |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| Summerview Holding XXXXXX8205 | $18,549.00 | |
| ████████████ | | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| **Subtotal** | **$206,958.04** | |
| **Personal Accounts** | | |
| ████████████ | ████████ | |
| ████████████ | ████████ | |
| ████████ | ████████ | |
| ████████ | ████████ | |

| Account | Outstanding Balance | Available Credit | Related Activities |
|---|---|---|---|
| WELLS FARGO HOME Accounts | | | |
| ████████████████0065 | ████████ | ████████ | Pay Your Bills Now |
| **Total** | **$██0.00** | ████████ | |

🏠 Equal Housing Lender

© 1995 – 2011 Wells Fargo. All rights reserved.

# EXHIBIT "E"

**Terry D. Shaylin**

| | |
|---|---|
| **From:** | Maija Mercer <mmercer@hollandresidential.com> |
| **Sent:** | Friday, September 16, 2011 4:57 PM |
| **To:** | Terry D. Shaylin |
| **Cc:** | Wang, Phillip K.; Fisk, Damon M.; Robbie Dodd |
| **Subject:** | RE: vendor's' invoices and other issues |

Ms. Shaylin,

Please see the responses below:

**Maija Mercer**
*Senior Regional Manager - Oregon, So. California*
**Holland Residential, LLC**
O: 360.905.0102 |C: 360.521.7251

---

**From:** Terry D. Shaylin [mailto:tshaylin@karasiklaw.com]
**Sent:** Friday, September 16, 2011 3:01 PM
**To:** Maija Mercer
**Subject:** vendor's' invoices and other issues

Dear Maija:

I want to follow up on my yesterday's questions and to obtain from you information regarding office equipment on the premises.

1. I have not received from you the CD with vendors' information. Can you E-mail me the documents in ZIP files? Unfortunately, the files are too large, even in Zip size, to send via email. I'm surprised it has not reached you yet. I will check with the secretary as to her method of mail (regular vs. priority) and let you know.

2. When do you think you can provide me with August 2011 bank statement for Summer View? We should have available on Monday, Sept. 19th.

3. Please let me know as soon as possible how much money is presently on the bank account of Summer View/Holland Residential. I have requested this information and will include in the email on Monday, Sept. 19th.

4. Can Holland Residential provide me with August 2011 financials by September 19, 2011? If not, by what date can Holland Residential realistically provide me with August 2011 financials. We will send to you via email on Monday the 19th.

5. When I was on the premises I observed computer workstations in the management office. Are those computers Holland Residential' s property or they belong to the owner of the building? Is there any office equipment or any other equipment on the premises that belongs to Holland Residential? They belong to the property. Holland Residential does not own any of the items on the premise, save our internal operations manuals for employees.

Thank you for your cooperation.

Terry D. Shaylin
Karasik Law Group, LLP
555 W. 5th Street, Suite 3100
Los Angeles, California  90013
Phone: 213.623.9200 Direct: (213) 261.37.14  Fax: 213.623.9323
Email: tshaylin@karasiklaw.com    Web:  www.karasiklaw.com

2

**Terry D. Shaylin**

| | |
|---|---|
| **From:** | Shelly Kimbrell <skimbrell@hollandresidential.com> |
| **Sent:** | Monday, September 19, 2011 8:36 AM |
| **To:** | Terry D. Shaylin |
| **Cc:** | Maija Mercer; JoAnne Bush; Robbie Dodd |
| **Subject:** | RE: Summer View Sherman Oaks' Records |
| **Attachments:** | H263-o_0811.pdf |

Attached is the August bank statement you requested.

The bank balance as of 9/15/11 $623,710.65.

The financials for August should be forwarded later today.

**Shelly Kimbrell**
Senior Accountant / Holland Residential
1111 Main Street, Suite 520 / Vancouver, WA  98660
Direct 360.905.0104 / FAX 360.905.0166
skimbrell@hollandresidential.com

---

**From:** Maija Mercer
**Sent:** Saturday, September 17, 2011 9:44 AM
**To:** JoAnne Bush
**Cc:** Shelly Kimbrell
**Subject:** RE: Summer View Sherman Oaks' Records

I'm sending her the summary Monday.  But if I wanted to at least send them the cash balance and bank statement.
MM

**Maija Mercer**
*Senior Regional Manager - Oregon, So. California*
**Holland Residential, LLC**
O: 360.905.0102 |C: 360.521.7251

---

**From:** JoAnne Bush
**Sent:** Friday, September 16, 2011 6:48 PM
**To:** Maija Mercer
**Cc:** Shelly Kimbrell
**Subject:** Fwd: Summer View Sherman Oaks' Records

Did you send the summary to shelly
Sent from my iPhone

Begin forwarded message:

| In re: | |
|---|---|
| Summer View Sherman Oaks, LLC | CHAPTER:   11 |
| Debtor(s) and Debtor-in-Possession. | CASE NUMBER:  1:11-bk-19800-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 555 West 5th Street, Floor 31, Los Angeles, CA 90013.

**A** true and correct copy of the foregoing document described as   **DECLARATION OF TERRY D. SHAYLIN, ESQ. IN SUPPORT OF DEBTOR'S REPLY TO U.S. BANK NATIONAL ASSOCIATION'S OPPOSITION TO DEBTOR'S MOTION TO COMPEL THE STATE COURT APPOINTED RECEIVER TO TURN OVER THE PROPERTY OF DEBTOR PURSUANT TO SECTION 543(a) AND (b) OF THE UNITED STATES BANKRUPTCY CODE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 21, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on

| | |
|---|---|
| Margaux Ross | margaux.ross@usdoj.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Alan D Smith | adsmith@perkinscoie.com |
| Phillip K Wang | pwang@duanemorris.com, jnazzal@duanemorris.com |

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served) **On September 21, 2011**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on

The Honorable Alan M. Ahart
United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.

☐ Service information continued on

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2011 | Jennifer Min | /s/ Jennifer Min |
|---|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                     **F 9013-3.1**

| | |
|---|---|
| In re:<br><br>Summer View Sherman Oaks, LLC<br><br>Debtor(s) and Debtor-in-Possession. | CHAPTER:   11<br><br>CASE NUMBER:  1:11-bk-19800-AA |

## ADDITIONAL SERVICE INFORMATION

**Served by U.S. Mail**

ATTORNEY FOR US TRUSTEE

Margaux Ross, Esq.
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

ATTORNEY FOR RECEIVER:

Phil Wang, Esq. and Phillipe Toudic, Esq.
Duane Morris LLP
1 Market Plaza, Suite 2200
San Francisco, CA 94105-1127

SECURED CREDITORS:

Alan D. Smith
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101

TWENTY LARGEST UNSECURED CREDITORS:

Carol R. Hamilton, Esq.
L.A. Commercial Group, Inc.
317 S. Brand Blvd.
Glendale, CA 91204

Rut J. Laureano
Karsaz & Associates
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89119

Leo G. O'Biecunas Jr. and Thomas Zide
Zide & O'Biecunas LLP
14545 Victory Bl Ste. 404
Van Nuys, CA 91411

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                    **F 9013-3.1**

| In re: | |
|---|---|
| Summer View Sherman Oaks, LLC | CHAPTER:  11 |
| Debtor(s) and Debtor-in-Possession. | CASE NUMBER:  1:11-bk-19800-AA |

County of Los Angeles
Treasurer & Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
Insolvency Unit
PO Box 7346
Philadelphia, PA 19101-7346

LA County Tax Collector
Bankruptcy Unit
2615 South Grand
Los Angeles, CA 90807-2608

Los Angeles City Clerk
PO Box 53200
Los Angeles, Ca 90052-0200

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-3.1**